**Opinion issued March 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00001-CV

———————————

## IN RE K.W., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

K.W. seeks a writ of mandamus to compel the trial court to vacate its temporary order of November 2, 2016, appointing the Department of Family and Protective Services the Temporary Managing conservator for K.W.'s children.[1]

We deny the petition.

---

[1] The underlying case is *In the Interest of Z.W. and K.W., Children*, cause number 2016-68270, pending in the 311th District Court of Harris County, Texas, the Honorable Alicia Franklin York presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.